■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KALESE BRAZZLEY, Appellant. [731 NYS2d 849] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered July 8, 1999, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the court improperly marshaled the evidence during its identification charge is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v*

*Gray,* 86 NY2d 10). In any event, the court properly referred to some of the identification evidence in order to explain the legal principles applicable to the case (*see,* CPL 300.10 [2]; *People v Simpson,* 270 AD2d 507).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Santucci, J. P., Florio, H. Miller and Townes, JJ., concur.